# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2025

## NO. 03-23-00770-CV

**Palliative Plus LLC d/b/a Paloma Hospice and Palliative Care; Sathyajith "Saji" Nair; and Kellie Gibson, Appellants**

**v.**

**A Assure Hospice, Inc. d/b/a Divinity Hospice; Jason Campbell; Jay Campbell; Mitch Epps; Justin Hunter, LVN; Mike Pena; Alexander "Alex" Stevens RN; and Melissa Stevens, Appellees**

### APPEAL FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the orders signed by the trial court on August 29, 2023 and December 9, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.